# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Hon. Ketanji Brown Jackson |
| v. | Criminal No. 21-CR-008 (KBJ) |
| JONATHAN JOHNSON, | |
| Defendants. | |

## CONSENT MOTION TO VACATE BENCH TRIAL
## AND SET FOR JURY TRIAL

Comes now Defendant Jonathan Johnson, by and through undersigned counsel, with the consent of opposing counsel and moves this Court to vacate the Bench Trial currently scheduled for May 11, 2021. Further, Defendant hereby requests pursuant to Fed. R. Crim. P. 23 that this matter be set for a trial by jury.

As defendant has continued to receive and review discovery materials in this matter, it has become clear that the previously scheduled trial date is untenable. Defendant requires additional time to review materials and potentially consult with expert witnesses. Further, defendant has reconsidered his prior decision to proceed by bench trial and instead wishes to exercise his right to a trial by jury.[1]

---

[1] Undersigned counsel has discussed with Defendant and Defendant has consented to the exclusion of time until a status hearing may be held for purposes

WHEREFORE, for the foregoing reasons the Defendant moves this Court to vacate the Bench Trial scheduled for May 11, 2021 and requests a status hearing to set this matter for a Trial by Jury.

Respectfully submitted,

DATED:  April 2, 2021

/s/ Jonathan Zucker

Jonathan Zucker, Esq.
Peter Wright, Esq.
37 Florida Av, NE Suite 200
Washington, DC 20002
jonathanzuckerlaw@gmail.com
202-624-0784

---

of the Speedy Trial Act. Given the standing order in this Court regarding postponements due to Covid-19, the matter is arguably moot.

7

CERTIFICATE OF SERVICE

      I certify that on April 2, 2021, I caused the foregoing to be filed with the court using the CM/ECF system that will send notification of such filing to the following registered users:

Kevin Birney
Assistant United States Attorneys
555 4th St., NW
Washington, DC  20530

Additionally, a courtesy copy was sent via email.

                                                                                                     /s/_____
                                                                                  Jonathan Zucker

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Hon. Ketanji Brown Jackson |
| v. | Criminal No. 21-CR-008 (KBJ) |
| JONATHAN JOHNSON, | |
| Defendants. | |

## ORDER GRANTING CONSENT MOTION TO CONTINUE

Upon consideration of the Consent motion to vacate the Bench Trial, and for the reasons stated therein, it is hereby ORDERED that the motion is GRANTED, the May 11, 2021 Trial Date is vacated.  The parties shall appear before the court for a status hearing on the \_\_\_\_\_ day of _____, 2021 for the purpose of discussing a new trial date.  It is further ORDERED that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
Judge Ketanji Brown Jackson

7