UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | No. 21-cr-008 (KBJ) |
| | : | |
| JONATHAN JOHNSON, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS TANGIBLE PHYSICAL EVIDENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to defendant's motion to suppress tangible physical evidence (ECF No. 42).

The defendant seeks to suppress any evidence taken from two cell phones taken off his person at arrest. The government was only able to get partial extractions of the data on those cell phones, and it does not intend to introduce anything from those partial extractions at a trial. Thus, the motion to suppress should be denied as moot. *See, e.g.*, *United States v. Jones*, 142 F. Supp. 3d 49, 54 n.2 (D.D.C. 2015) (denying a motion to suppress statements as moot because the government represented it would not seek to introduce those statements); *United States v. Hsin-Yung*, 97 F. Supp. 2d 24, 30 n.11 (D.D.C. 2000) ("The Government has indicated that it will not use any statements made by defendants . . . in its case-in-chief. Accordingly, defendants Li's and Wang's motions to suppress are denied as moot."); *United States v. Anderson*, 924 F. Supp. 286, 291 (D.D.C. 1996) ("As an initial matter, the Court will not address the sufficiency of the warrant for the Texas Avenue apartment because the government informed the Court that it will not attempt to introduce as evidence any items recovered from the search of the Texas Avenue apartment. Accordingly, the defendant's argument regarding the Texas Avenue warrant is moot.").

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   /s/ *Kevin Birney*
KEVIN BIRNEY
D.C. Bar No. 1029424
Assistant United States Attorney
United States Attorney's Office for D.C.
555 Fourth Street, N.W., Room 4828
Washington, D.C. 20530
E-mail: kevin.birney@usdoj.gov
Telephone: (202) 252-7165

## CERTIFICATE OF SERVICE

I certify that on May 11, 2021, I caused a copy of the foregoing Response to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.
.

_____/s/_____
Kevin Birney