UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Crim No.:  1:21-00008-(KBJ)

JONATHAN JOHNSON

       Defendant.

### DEFENDANT'S RESPONSE TO SUPERVISION RELEASE VIOLATION REPORT

Defendant Jonathan Johnson, through undersigned counsel respectfully submits this response to the violation report submitted by Pretrial Services. Defendant requests that Pretrial's request that defendant be removed from Pretrial Supervision for violation be denied.    In support of this request,  Mr. Johnson states the following.:

As the report correctly notes Defendant is employed as a Violence Interrupter with the District of Columbia's Attorney General's Office Program, National Association for the Advancement of Returning Citizen's (NAARC).  He is assigned to Ward 5 as noted in the report.  Defendant's job is to intervene with members of the community to attempt to deescalate "beefs" in order to avert them from escalating into violence.  Although defendant is assigned to Ward 5, pretrial services is simply mistaken in assuming that defendant is only to perform his work

1

within the confines of Ward 5.  To the contrary, if there is a dispute that involves persons in Ward 5 with persons who are located outside of Ward 5, defendant is expected to travel to whatever locations those persons are in, regardless if it is another Ward or another State.  Undersigned counsel has consulted with Boye Sofidiya, the Director of NAARC who oversees all of the Violence Interrupters employed by NAARC.  (Boye.Sofidiya@NAARCDC.GOV, 202-304-7610.)  Mr. Sofidiya confirmed that defendant is not and should not confine his work to the confines of Ward 5.  Rather he is expected to travel outside of Ward 5 to interact with whomever may be involved in a potential dispute, regardless if that requires defendant to travel outside of Ward 5 or the District of Columbia.  Part of the reason that defendant was selected to be a Violence Interrupter was his ability to communicate and have a rapport with persons involved in suspect activity through out the greater DC area, not just Ward 5.  Pretrial Service's assumption that if defendant is not physically present in Ward 5, than he is not working, is mistaken.
**WHEREFORE,** the defendant requests that the request to revoke defendant from the HISP program based on alleged violations that he is not at work be denied.

Respectfully submitted,

DATED:  May 18,2021

\_\_\_\_\_/s/_____
Jonathan Zucker # 384629
Peter Wright #187407
37 Florida Av. NE
Suite 200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com
Counsel for Jonathan Johnson

CERTIFICATE OF SERVICE

I certify that on May 18,  2021 I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

\_\_\_\_\_/s/_____
Jonathan Zucker

3