UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 21-0008 (CRC) |
| v. | Trial: May 15, 2023 |
| Jonathan Johnson | |
| Defendant. | |

## MOTION TO CLARIFY DEFENDANT'S POSITION ON REPRESENTATION BY COUNSEL

Undersigned counsel notes that the Attorney Client relationship in the instant case has been turbulent. Trial is scheduled for May 15, 2023. Defendant currently maintains that he wishes to have undersigned counsel represent him at the upcoming trial. However, at numerous times client has expressed dissatisfaction with counsel, including claims that he no longer wanted counsel to represent him. There have been numerous differences of opinion between counsel and client. Given this strained relationship counsel believes it appropriate for these matters to be addressed on the record so that

there is an inquiry and clarification of client's desire prior to trial beginning.[1]

WHEREFORE, undersigned counsel requests that this court bring the parties in prior to trial so defendant has an opportunity to address this matter prior to trial and clarify what his desires are[2].

Respectfully submitted,

___/s/_____
Jonathan Zucker #384629
37 Florida Ave. NE
Suite 200
Washington, D.C.  20002
(202) 624-0784

*Attorney for Jonathan Johnson*

---

[1] It is anticipated that these matters likely should be addressed ex parte.

[2] Undersigned counsel notes that he is currently in trial in the District of Columbia Superior Court and expects to be in trial through the first week of May with only Fridays off trial.

CERTIFICATE OF SERVICE

    I certify that on April 12, 2023 I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

    \_\_\_\_\_/s/_____
    Jonathan Zucker