UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 21-CR-008 (CRC) |
| | : | |
| JONATHAN JOHNSON, | : | |
| | : | |
| Defendant. | : | |

### SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY

Jonathan Johnson, the defendant, is charged with one count of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year that occurred on December 29, 2020. Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby supplements its Notice of Expert Testimony filed March 26, 2021 (hereinafter, March 2021 Notice of Expert Testimony).[1]

1. **DNA EXPERT – MALLORY GAGE**

As stated in the March 2021 Notice of Expert Testimony, the government intends to sponsor a DNA expert—Mallory A. Gage of the Federal Bureau of Investigation ("FBI")—to testify. Ms. Gage's qualifications have been provided to counsel for the defendant.

The opinions that the government will elicit from Ms. Gage are included in two DNA reports dated March 18, 2021 and April 13, 2023 that were disclosed to counsel for the defendant on March 24, 2021 and April 20, 2023, respectively. In addition to the conclusions discussed in the March 2021 Notice of Expert Testimony, Ms. Gage will explain and testify regarding the conclusions contained in the April 13, 2023 report. She will testify that Gary Williams is excluded as a potential contributor to the male DNA that was obtained from Item 2 (wet/dry swabs of the

---

[1] The government reserves the right to supplement this notice if necessary, including if the defendant discloses his own expert trial testimony pursuant to Rule 16(b)(1)(C).

grip, edges trigger/guard, mag release, slide lock, and text areas of the slide of the pistol). She will testify about the meaning of an individual being excluded as a potential contributor to a DNA sample. She will testify factually about the quality assurance measures taken to ensure the integrity of the testing results discussed in the April 13, 2023 report.

In addition, she will testify factually about DNA in general (i.e., what it is, where it can be found, its uniqueness, its durability, and its use in forensics) and the testing process used during the testing in this case. This testimony will include an explanation of what is commonly known as "secondary DNA transfer," which is when an individual's DNA appears on an object without that individual physically touching the object, and conditions or circumstances that may make secondary DNA transfer more or less likely to occur, including, for example, by evaluating hypotheticals.

The bases and reasons for those opinions are reflected in the March 2021 Notice of Expert Testimony and Exhibit 1.

Ms. Gage has not authored publications within the past 10 years. She has testified in the trials and depositions listed in Exhibit 1.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY
                    D.C. Bar Number 481052

By:   */s/ Lauren Renaud*
        LAUREN RENAUD
        Special Assistant United States Attorney
        JOSHUA GOLD
        Tx Bar No. 24103101

                Assistant United States Attorney
                Federal Major Crimes Section
                601 D St. NW
                Washington, D.C. 20530
                (202) 252-6907
                Lauren.Renaud@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-008 (CRC) |
| | : | |
| **JONATHAN JOHNSON,** | : | |
| | : | |
| Defendant. | : | |

## EXHIBIT 1

Ms. Gage has not authored any publications within the past ten years. She has testified regarding forensic serology and/or DNA analysis approximately 39 times, four of those being within the past four years on the topic of nuclear DNA, namely:

- *U.S. v. Artie Byrd* in the District of Columbia, 2023
- *U.S. v. Deshawn Whited* in the Eastern District of Tennessee, 2023
- *U.S. v. Antowan Hagan* in the District of Columbia, 2022
- *U.S. v. Derrick Morley* in the Southern District of Florida, 2022

The bases and reasons for Ms. Mallory Gage's opinions include:

Upon analyzing the packages submitted in this matter, using nuclear deoxyribonucleic acid analysis, I have concluded that there was:

- Male DNA on submitted item 2 which originated from four individuals and the analysis showed there was very strong support for inclusion for Defendant Johnson's DNA as part of that DNA found (specifically, the DNA results from item 2 are 1.5 trillion times more likely if Defendant Johnson and three unknown, unrelated people are contributors than if

four unknown, unrelated people are contributors) and that Gary William's DNA was excluded as a potential contributor to item 2.

- Male and female DNA on submitted item 1 and the analysis showed there was a mixture of five or more individuals and therefore the results were not suitable for comparison.

- Male and female DNA on submitted item 3 and the analysis showed there was a mixture of five or more individuals and therefore the results were not suitable for comparison.

*M. Gage*    4/25/23
Mallory Gage
Biologist Forensic Examiner
Federal Bureau of Investigation