# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

## DESIGNATION OF UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

Persuaded that the public interest so requires, and pursuant to the authority vested in me by 28 U.S.C. § 291(b), I hereby designate and assign the Honorable Florence Y. Pan, Circuit Judge of the United States Court of Appeals for the District of Columbia Circuit, to hold district court in the United States District Court for the District of Columbia in the case *United States v. Johnson*, No. 21cr00008, beginning May 10, 2023, and for such time as may be required until that case is concluded.

Date: May 10, 2023

Sri Srinivasan, Chief Judge
United States Court of Appeals
For the D.C. Circuit



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAY 10 2023

CLERK