UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-008 (FYP) |
| v. | : |
| | : |
| **JONATHAN JOHNSON,** | : |
| | : |
| Defendant. | : |

## VERDICT FORM

As to the charge of unlawful possession of a firearm and ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant:

_____Not Guilty          \_\_\_✓_____Guilty