# **JURY NOTE**

UNITED STATES OF AMERICA

v.                                                          CRIMINAL CASE No.: 21-008 (FYP)

JONATHAN JOHNSON

Our copy of 300 is corrupted can we get a new copy

# JURY NOTE

UNITED STATES OF AMERICA

v.                                                    CRIMINAL CASE No.: 21-008 (FYP)

JONATHAN JOHNSON

Discussion is at an impasse. Do you have guidance?