## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> Jonathan Johnson <br><br>     Defendant. | Criminal No. 21-0008 (FLP) <br><br> SENTENCING: November 15, 2023 |

## MOTION TO EXTEND TIME FOR POST TRIAL MOTIONS, MOTION TO DISCLCOSE IDENTITY OF JUROR , MOTION TO SET A HEARING TO CLARIFY WHAT POST TRIAL PROCEEDINGS MAY BE PERMITTED

In the instant case trial was held and a verdict rendered on July 26, 2023.  Post trial the parties were informed on July 27, 2023, that one of the jurors who rendered the verdict sent the following note to the Court:

**Docket Text:**
**MINUTE ORDER: The parties are hereby notified that on the morning of July 27, 2023, the Courtroom Deputy received the following email from a member of the jury:**

**Hello Ms. _____ I'm not sure who to contact. I recently served on a jury that ended on yesterday. I have been diagnosed chronic anxiety and depression. I feel like the decision I made was made under serious pressure by the court and my fellow jurors which triggered a spin off panic attacks, manic episodes and depression during this time. I made my decision the first day and we were told to go back. At that point I should have dismissed myself as the panic attacks worsened. When I came in the next day I was shunned by my fellow jurors which caused a severe series of more panic attacks. I even broke down in tears in the jury room as people glared at me with evil stirs. At the end speaking with the lawyers the panic increased as my comments were dismissed. I quickly exited as chest**

tightened, hands became sweaty and my head started spinning. My mind was not in the right place. For that reason, I believe this was not not fair justice for the defendant. No one should pay for someone else's mental illness. And no one should be pressured into making a decision in this state. I apologize to the court I did not share this information before today Thank you

Signed by Circuit Judge Florence Y. Pan, sitting by designation on the United States District Court for the District of Columbia, on 07/27/2023. (lc)

The identity and contact information for the juror were not disclosed.  Although the court granted leave for the lawyers to speak with jurors post-trial in the jury room, undersigned counsel recognizes that post trial contact with jurors is a very sensitive matter.  Federal Rules of Criminal Procedure (FRCP) 606 (b) severely limits the inquiry that may be made into the juror's deliberation.  Nonetheless, the disclosure from the juror raises concern that given her previously undisclosed mental status that the "evil stares, shunning" from other jurors triggered "panic attacks, manic episodes and depression" raises concern that "an outside influence was improperly brought to bear on [a] juror." FRCP 606 (b)(2) (B).  Similarly, the juror pretty clearly implies that their mental state was a factor in their feeling pressured to render a verdict he/she did not believe in nor did he/she believe was just.

Under the circumstances further inquiry is required to determine, pursuant to FRCP 606 if "outside influence … improperly bore" on the juror's decision to change her verdict.  Similarly, it may be that the juror's failure to disclose his/her existing "chronic anxiety, depression, manic episodes, panic attacks, etc." violated her duty to truthfully answer the voir dire inquiry so that he/she should have not been permitted to sit.

Undersigned counsel is requesting that this court set a hearing date where the parties may address these issues.  Counsel suggests that it is appropriate to either bring the juror in to answer questions to clarify these matters.  Alternatively, as a secondary and less desirable request, counsel is requesting that that the Court identify the juror at issue and grant the parties leave to interview the juror regarding these issues.

WHEREFORE, undersigned counsel requests that this court, extend the time for filing post-trial motions indefinitely pending further

order of the Court; bring the parties in to address in what manner investigation regarding potential issues with this juror should proceed and enter an order so the parties may know how to proceed.

Respectfully submitted,

_____/s/_____
Jonathan Zucker #384629
37 Florida Ave. NE, Suite 200
Washington, D.C.   20002
(202) 624-0784
jonathanzuckerlaw@gmail.com

*Attorney for Jonathan Johnson*

CERTIFICATE OF SERVICE

I certify that on July 30, 2023, I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

_____/s/_____
Jonathan Zucker

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF
AMERICA,

v.

Jonathan Johnson

　　　Defendant.

Criminal No. 21-0008 (FLP)

SENTENCING:

## Order

Upon consideration of the defense motion, considering a communication received from one of the deliberating jurors in this case, the deadline for filing post-trial motions is extended indefinitely pending further order of the court in order to address issues raised by the referenced juror.

Additionally, the parties shall appear before the Court on _____, to address what actions, if any, should be taken, to address the post-trial matters raised.

So ORDERED.

_____
DC Circuit Judge Florence Pan, sitting by designation.  (date)