UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 21-CR-008 (FYP) |
| JONATHAN JOHNSON, | Sentencing: November 15, 2023 |
| Defendants. | |

## DEFENDANT'S MOTION TO APPOINT COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

Defendant is before the court charged and convicted with a violation of 18 U.S.C. § 922(g) as a Felon-in-Possession of a Firearm. He qualified for and was originally represented by appointed counsel via the Criminal Justice Act ("CJA"), 18 U.S.C. 3006, et seq. Undersigned counsel was retained as replacement counsel in January 2021. The retainer agreement for representation at the trial level was for a fee of $15,000, to be paid in installments for all representation through trial. It did not include any post-conviction or any post-trial litigation which might be necessary.

Due to Covid delays as well as multiple trial dates, discovery issues, suppression issues, bond issues, rearrest on a new charge, motions' issues that needed to be addressed, DNA issues, Cellebrite issues, etc., counsel has already

expended far more time on this case than was estimated when the retainer agreement was negotiated.

Subsequent to trial an issue arose involving a juror that will likely require extensive post-trial investigation and litigation.  Defendant and his family are not in a position to pay for this unanticipated post-trial litigation.  It will be a financial burden for counsel to continue to represent defendant in these matters absent additional compensation.  For that reason, undersigned counsel is requesting that the Court appoint counsel pursuant to the Criminal Justice Act so he may receive compensation for <u>prospective</u> representation.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and appoint undersigned counsel pursuant to the CJA so he may receive compensation for prospective representation.

Respectfully submitted,

DATED: July 30, 3023

 /s/ Jonathan Zucker
Jonathan Zucker, Esq., #384629
37 Florida Av, NE Suite 200
Washington, DC 20002
jonathanzuckerlaw@gmail.com
202-624-0784
*Counsel for Jonathan Johnson*

## **CERTIFICATE OF SERVICE**

    I certify that on July 30, 2023, I caused the foregoing to be filed with the court using the CM/ECF system that will send notification of such filing to all counsel of record.

                                                      __/s/_____
                                                      Jonathan Zucker

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN JOHNSON,<br><br>　　　　Defendants. | Hon. Christopher R. Cooper<br><br>Criminal No. 21-CR-008 (CRC) |

### ORDER PERMITTING DEFENDANT TO HAVE INVESTIGATOR APPOINTED PURSUANT TO THE CRIMINAL JUSTICE ACT

Upon consideration of the defendant's motion, defendant having previously qualified for services as an indigent defendant pursuant to the Criminal Justice Act, defense counsel's representation that the Defendant is not able to pay for services of an investigator, it is hereby ORDERED, that defendant's request to have an expert appointed and compensated pursuant to the Criminal Justice Act is granted.

_____
Judge Christopher Cooper