UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

    v.                          Crim No. 21-cr-0008 (FYP)

JONATHAN JOHNSON

    Defendant.

### DEFENDANTS REPLY TO GOVERNMENT'S OPPOSITION

The government opposes the defendant's request for an extension of time to file a motion for a new trial, to disclose the identity of the juror, and to clarify what post-trial proceedings may be permitted.  ECF 114.  Defendant intends to file a reply to the prosecution's opposition.  Defendant has requested two transcripts which are germane to preparing that reply and to address the issues raised by the government's opposition.

Defendant has requested a transcript of the *voir dire* proceedings to see what responses were given, particularly what representations were made, regarding the juror who sent the post-verdict message to the Court. Although the Court has not disclosed the identity of the juror who sent the message that generated the defendant's motion, undersigned counsel believes this juror may be the juror that the defense moved to strike for cause during the *voir dire* because of suspected mental health issues.

Additionally, during the post-verdict polling of the jury undersigned counsel could not hear all of the responses during the poll.  Counsel does recall that one of the jurors seemed to hesitate and make additional comments during the poll which may be relevant to the issues at hand.[1]  It is anticipated this is likely the juror who sent the post-verdict message to the Court.  Counsel needs to review that transcript as part of the investigation into this issue.

Counsel is requesting an opportunity to obtain and review those transcripts as part of the preparation of the reply.[2]

WHEREFORE, counsel is requesting 14 days from the production of the transcripts to file the defense reply.[3]

---

[1] Undersigned counsel inferred, when the Court continued with the poll, that the answer must have been a "yes." Upon information and belief, the juror's response to the poll may not have been a simple "yes."

[2] Based on filings in the court docket it is believed that the transcript of the *voir dire,* which occurred on the first day of trial, has already been prepared.  Consequently, it should be obtainable once the CJA Auth 24 transcript request is approved by the court.

[3] Undersigned counsel notes that on August 8, 2023, defendant is leaving town for a long planned prepaid trip until August 27, 2023.  Said trip includes events regarding defense counsel's son's wedding which will occur on August 12, 2023, in Vermont.  Counsel will be preparing a response while on this trip but cannot devote the same time as in a normal

Respectfully submitted,

__/s/_____
Jonathan Zucker, #384629
37 Florida Avenue, NE, #200
Washington, DC  20002
202-624-0784
jonathanzuckerlaw@gmail.com

*Counsel for Defendant*

.

## CERTIFICATE OF SERVICE

I certify that on this 8th day of August, 2023, I caused the foregoing to be electronically served using the court CM/ECF system to the following registered users:

Joshua Gold at Joshua.Gold@usdoj.gov.
Colin Cloherty at colin.Cloherty@usdoj.gov.

_____
Jonathan Zucker

---

workday, therefore, the response will likely take longer due to family commitments.