UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Crim No.:  1:21-00008-(FLP)

JONATHAN JOHNSON

        Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM

The defense sentencing memorandum is due December 4, 2023.  The Final Presentence Report from the probation department is not yet complete. Undersigned defense counsel is beginning a homicide trial on December 4, 2023, which is anticipated to last for 2 weeks.  Undersigned counsel cannot meet with the defendant and prepare the Sentencing Memorandum prior to December 4, 2023. Similarly, it will be difficult to prepare the sentencing memorandum while in trial. Consequently, the defense is requesting an extension of time to file the sentencing memorandum until December 15, 2023[1].  The prosecution has graciously agreed not to oppose this request.

---

[1] It is counsel's hope that the PSR will be completed well before December 15, 2023, date and that counsel will be able to prepare the sentencing memorandum earlier than the December 15, 2023, requested date.

1

**WHEREFORE,** the defendant that the due date for defendant's sentencing memorandum be extended until December 15, 2023.

Respectfully submitted,

DATED:  December 1, 2023

_____/s/_____
Jonathan Zucker # 384629
37 Florida Av. NE
Suite 200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com
Counsel for Jonathan Johnson

CERTIFICATE OF SERVICE

I certify that on December 1, 2023, I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

_____/s/_____
Jonathan Zucker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Crim No.:  1:21-00008-(FLP)

JONATHAN JOHNSON

### ORDER EXTENDING DUE DATE FOR DEFENSE SENTENCING MEMORANDUM

Upon consideration of the unopposed request to extend the due date of defendant's sentencing memorandum, it is hereby ORDERED this _____ day of _____, that the request is GRANTED,  Defendant's Sentencing Memorandum shall be due by December 15, 2023.

_____
Judge Florence Pan,  US District Court for the District of Columbia

3