UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN JOHNSON,<br><br>        Defendant. | Criminal No. 21-CR-008 (FLP) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S SENTENCING MEMORANDUM**

Jonathan Johnson, by and through undersigned counsel, respectfully

asks this Honorable Court for an extension of time to file Defendant's

Sentencing Memorandum.  Undersigned counsel is currently in a homicide

trial in the Superior Court of the District of Columbia, United States v.

Mussye Rezene, 2022 CF1 000323 in front of Judge Okun.  The trial began

on December 4, 2023, and was expected to be concluded by December 18,

2023.  The trial is still currently ongoing and is not expected to be

completed until January because the court will not be sitting during the week

of December 25th.  The Court previously granted an extension to file the

Sentencing Memorandum for December 15, 2023 however, due to the delays

in trial the sentencing memorandum has not been completed.  Undersigned

counsel is asking for an extension to file the Defendant's Sentencing

1

Memorandum  December 28, 2023 which will allow him to work on the

memorandum during the holiday break prior to the January 10, 2024

sentencing date.  The sentencing memorandum will be filed 13 days prior to

the sentencing and should not delay the sentencing.

     **WHEREFORE** for the foregoing reasons, the defendant asks this

Court to grant an extension to file the sentencing memorandum until

December 28, 2023.

Respectfully submitted,

\_\_\_\_/s/_____
Jonathan Zucker # 384629
37 Florida Av. NE
Suite 200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com
*Counsel for Jonathan Johnson*

CERTIFICATE OF SERVICE

I certify that on December 19, 2023, I caused the foregoing to be filed with the court using the CM/ECF system that will send notification of such filing to the registered users.

_____/s/_____
Jonathan Zucker